UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>    -v-<br><br>ABLE MANAGEMENT ESTATES LLC and CARMEN VERAS,<br>       Defendants. | 24-cv-04354 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

Following consideration of the parties' written submissions and oral argument held on December 11, 2024, the Court hereby grants the motion of defendant Able Management Estates LLC for summary judgment (also applying in effect to co-defendant Carmen Veras) and denies the cross-motion for summary judgment of plaintiff Mesa Underwriters Specialty Insurance Company. A memorandum explaining the reasons for these rulings will issue in due course. The Clerk is directed to close the parties' motions on the docket (Dkts. 21, 23, and 26).

SO ORDERED.

Dated:   New York, NY

        December 17, 2024

                                                _/s/ Jed S. Rakoff_
                                                JED S. RAKOFF, U.S.D.J.