**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY,

                    Plaintiff,

          -against-                                24 **CIVIL** 4354 (JSR)

                                                **<u>JUDGMENT</u>**

ABLE MANAGEMENT ESTATES LLC and
CARMEN VERAS,

                    Defendants.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Order dated March 31, 2025, the Court has hereby granted the

motion for summary judgment of defendant Able (also applying, in effect, to co-defendant

Veras) and has dismissed Mesa's complaint without prejudice. Correspondingly, the Court has

hereby denied Mesa's motion for summary judgment.

**Dated:**  New York, New York

       March 31, 2025

                                           **TAMMI M HELLWIG**
                                         _____
                                         **Clerk of Court**

                          **BY:**            K. mango
                                         _____
                                         **Deputy Clerk**